UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIO CESAR LOPEZ PENA,<br><br>               Plaintiff,<br><br>-against-<br><br>TERRY COLE, DEA, ARRESTING OFFICER; JAY WINEBERG, FBI, SPECIAL AGENT; JUDGE DENNY CHIN; JUDGE DOUGLAS F. EATON; MAGISTRATE JUDGE ANDREW J. PECK; JUDGE ROBERT W. SWEET; JUDGE RONALD L. ELLIS; JUDGE FRANK MAAS; KEVIN RONALD PUVALOWSKI, UNITED STATES (S.D.N.Y.) LAWYER; REBBECA ANN MONK, UNITED STATES (S.D.N.Y.) LAWYER; MARC BERGER, UNITED STATES (S.D.N.Y.) LAWYER; BOYD JOHNSON III, UNITED STATES (S.D.N.Y.) LAWYER; AMY FINZI, UNITED STATES (S.D.N.Y.) LAWYER; REBECCA RICIGLIANO, UNITED STATES (S.D.N.Y.) LAWYER; PREET BHARARA, UNITED STATES (S.D.N.Y.) LAWYER; DAVID N. KELEY, , UNITED STATES (S.D.N.Y.) LAWYER; WALTER J. QUINN, PROBATION OFFICER (P.S.I.); MARY ELLEN WARLOW, DIRECTOR, OFFICE OF INTERNATIONAL AFFAIRS, CRIMINAL DIVISION, WASHINGTON, DC,<br><br>               Defendants. | 19-CV-10276 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 31, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 31, 2020
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge